IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIBRANT CREDIT UNION, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00669 |
| ) | |
| UNIFY FINANCIAL FEDERAL ) | The Honorable John R. Blakey |
| CREDIT UNION, ) | |
| ) | |
| Defendant. ) | |

**MOTION OF HINSHAW & CULBERTSON LLP ATTORNEYS TO WITHDRAW**
\_\_\_\_\_

MARCOS REILLY, WILLIAM F. COOK, IV, and JACK SHADID of Hinshaw & Culbertson LLP hereby move this Court for leave to withdraw as counsel for Defendant in this matter, and in support of this Motion to Withdraw, state as follows.

1. Defendant UNIFY FINANCIAL FEDERAL CREDIT UNION initially retained as defense counsel in this matter Hinshaw & Culbertson, LLP, *via* Mark D. Belongia, who was then a Hinshaw partner.

2. The undersigned attorneys each entered an appearance in this case for the Defendant: Marcos Reilly, Docket # 14, February 20, 2024, William F. Cook, IV, Docket # 19, Mach 18, 2024, and Jack Shadid, Docket # 28, June 7, 2024. Mark Belongia also appeared for the Defendant. (Docket # 16, March 1, 2024.)

3. On June 17, 2024, Mr. Belongia left the Hinshaw firm for other employment.

4. Immediately upon Mr. Belongia's departure, the Defendant retained the services of Polsinelli, LLP. Three attorneys from Polsinelli have filed appearances in the case, Bradley R. Gardner, Docket # 49, Jerry Lewis Switzer, Jr., Docket # 48, and Nathan B Grzegorek, Docket # 47, all on June 25, 2024.

1071402\321614772.v1

5. The Polsinelli attorneys' appearances were filed without leave of court or any motion for substitution. Contrary to Local Rule 83.17, there are now two law firms of record for the Defendant without any order for substitution of counsel.

5. Polsinelli has taken over the defense of this case, and there is no need for the undersigned to remain in it. Hinshaw was informed by Polsinelli that their presence at the June 27, 2024 hearing was not necessary or desired by the Defendant. There will be no lapse in representation of the Defendant from Hinshaw's withdrawal.

6. The Defendant's General Counsel has been notified of the intent of the Hinshaw attorneys to withdraw as counsel of record for the Defendant in this case, by email and voicemail, and has not communicated any objection. A copy of this Motion and Notice of the presentment date will be provided to the Defendant.

WHEREFORE, MARCOS REILLY, WILLIAM F. COOK, IV, and JACK SHADID hereby move this Court, pursuant to USDC Northern District of Illinois Local Rule 83.17, for leave to withdraw their appearances as counsel on behalf of Defendant UNIFY FINANCIAL FEDERAL CREDIT UNION instanter, and further request that the Court strike the appearance of Mark Belongia, who is no longer affiliated with Hinshaw.

/s/ Marcos Reilly

/s/ William F. Cook, IV

/s/ Jack Shadid

Marcos Reilly, mreilly@hinshawlaw.com
William F. Cook, Jr., wcook@hinshawlaw.com
Jack Shadid, jshadid@hinshawlaw.com
HINSHAW & CULBERTSON LLP
151 N. Franklin St., Suite 2500
Chicago, IL 60606
(312) 704-3000 (voice)
(312) 704-3001 (fax)

1071402\321614772.v1